RUDOLPH LINDEMANN, RESPONDENT, v. S. S. KRESGE COMPANY, APPELLANT.

Argued October 17, 1939—Decided January 25, 1940.

For the appellant, *Edwards, Smith & Dawson.*

For the respondent, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, DONGES, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 10.

*For reversal*—CASE, PERSKIE, JJ. 2.